AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JAN 18 2019

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| AGUILAR-Montero, Marco Antonio<br>YOB: 1990<br>MxCz | ) ) ) ) ) | Case No. M-19-0123-M |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 18, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841(a)(1), 846 | Knowingly and Intentionally Possess W/ Intent to Distribute 4.65 kilograms of Heroin, a Schedule 1 Controlled Substance |
| | Knowingly and Intentionally Conspire to Possess W/ Intent to Distribute 4.65 kilgrams of Heroijn, a Schedule 1 Controlled Substance |

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

Approved by
[signature]

Sworn to before me and signed in my presence.

Date: 01/18/2019

City and state: McAllen, Texas

[signature]
*Complainant's signature*

DEA Task Force Officer Ricky Garza
*Printed name and title*

[signature]
*Judge's signature*

U.S. Magistrate Judge Scott J. Hacker
*Printed name and title*

## ATTACHMENT "A"

___On January 17, 2019, McAllen D.O. Agents initiated an investigation on Marco Antonio AGUILAR-Montero. Agents obtained information indicating AGUILAR-Montero was in possession of a large amount of heroin. Subsequent to the information, Agents were able to make two successful controlled buys of heroin from AGUILAR-Montero. After conducting the two controlled buys, Agents learned that AGUILAR-Montero was in possession of multi kilograms of heroin. On January 18, 2019, Agents re-established surveillance on AGUILAR-Montero and observed him depart his residence. A marked Edinburg Police Officer conducted a traffic stop on AGUILAR-Montero. Subsequent to the stop, the uniformed officer obtained a consent to search on AGUILAR-Montero's vehicle and found five bundles of suspected heroin in the vehicle. A field test later tested positive for 4.65 kilograms of heroin.

Agents conducted an interview of AGUILAR-Montero who voluntarily provide a statement after being read his Miranda Rights. AGUILAR-Montero stated he was the owner of the heroin and he was attempting to sell the heroin to unidentified persons prior to being arrested.